# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

CHRISTOPHER D. WHITE,                    Civil No. 10-0086 (JRT/JSM)

                          Plaintiff,

v.                                       **ORDER ADOPTING REPORT
                                          AND RECOMMENDATION**

WARDEN,

                          Defendant.

---

Christopher D. White, #42780-037, Federal Medical Center – Rochester, Post Office Box 4000, Rochester, MN 55903, pro se plaintiff.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron, dated March 8, 2010, and no objections having been filed to said Report and Recommendation.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE.**

Dated: April 6, 2010
at Minneapolis, Minnesota                    _____s/ John R. Tunheim_____
                                             JOHN R. TUNHEIM
                                             United States District Judge